1

2

3

4

5

6

**Entered on Docket
February 12, 2010**

_Bruce A. Markell_
_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

7  PITE DUNCAN, LLP
   STEVEN W. PITE (NV Bar #008226)
8  EDDIE R. JIMENEZ (NV Bar #10376)
   JACQUE A. GRUBER (NV Bar #11385)
9  4375 Jutland Drive, Suite 200
   P.O. Box 17933
10 San Diego, CA 92177-0933
   Telephone: (858) 750-7600
11 Facsimile: (619) 590-1385
   E-mail:  ecfnvb@piteduncan.com

12
13 ABRAMS & TANKO, LLLP
   MICHELLE L. ABRAMS (NV Bar #005565)
   3085 S. Jones Blvd., Suite C
14 Las Vegas, NV 89146

15 Attorneys for   Secured Creditor WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER
                   TO WELLS FARGO BANK SOUTHWEST, N.A. FORMERLY KNOWN AS
16                 WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB

17

18

19

20                 UNITED STATES BANKRUPTCY COURT

21                       DISTRICT OF NEVADA

22 In re                                  | Bankruptcy Case No. BK-S-09-30773-BAM
                                            Chapter 7
23 EUGENE G ANGELES  AND LOVELYN A
24 ANGELES,                                 WELLS FARGO BANK, N.A.,
                                            SUCCESSOR BY MERGER TO WELLS
25          Debtor(s).                      FARGO BANK SOUTHWEST, N.A.
                                            FORMERLY KNOWN AS WACHOVIA
26                                          MORTGAGE, FSB, FKA WORLD
                                            SAVINGS BANK, FSB'S ORDER
27                                          VACATING AUTOMATIC STAY
                                            Date:   January 19, 2010
28                                          Time:  1:30 p.m.

1            A hearing on Secured Creditor Wells Fargo Bank, N.A., successor by merger to

2    Wells Fargo Bank Southwest, N.A. formerly known as Wachovia Mortgage, FSB, fka World

3    Savings Bank, FSB's Motion for Relief From the Automatic Stay came on regularly for hearing

4    in the United States Bankruptcy Court before the Honorable Bruce A. Markell, Michelle Abrams

5    appearing on behalf of Secured Creditor.

6            The court having duly considered the papers and pleadings on file herein and

7    being fully advised thereon and finding cause therefor:

8            IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic

9    Stay of Title 11 U.S.C. Section 362 is hereby terminated as it applies to the enforcement by

10    Secured Creditor, of all its rights in the subject property, generally described as 9500 Steel Tree

11    St, Las Vegas, Nevada 89143, and legally described as follows:

12                    SEE    LEGAL    DESCRIPTION    ATTACHED
HERETO AS EXHIBIT A AND MADE A PART

13                    HEREOF.

14

15    APPROVED/DISAPPROVED     APPROVED/DISAPPROVED

16    _____     _____

17    DAVID KRIEGER          TIMOTHY S. CORY
DEBTOR(S) ATTORNEY      TRUSTEE

18

19    /./.

20    /./.

21    /./.

22    /./.

23    /./.

24    /./.

25    /./.

26    /./.

27    /./.

28    /./.

# EXHIBIT A

LOT SEVENTY-FIVE (75) IN BLOCK THREE (3) OF IRON MOUNTAIN ESTATES WEST - UNIT 2, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 107 OF PLATS, PAGE 49, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, AND AMENDED BY CERTIFICATE OF AMENDMENT ON MARCH 4, 2003 IN BOOK 20030304 OF OFFICIAL RECORDS AS DOCUMENT NO. 00002 AND AMENDED BY CERTIFICATE OF AMENDMENT OF FEBRUARY 13, 2003 AS DOCUMENT NO 02340.

PARCEL NUMBER  125-05-413-075

COMMONLY KNOWN AS  9500 STEELTREE ST, LAS VEGAS, NV,

1  ALTERNATIVE METHOD re: RULE 9021:

2  In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

3  ☐    The court has waived the requirement of approval under LR 9021.

4  ☐    I certify that I have served a copy of this order with the motion, and no parties appeared

5  or filed written objections.

6  ☒    This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have

7  delivered a copy of this proposed order to all counsel who appeared at the hearing, any

8
9  unrepresented parties who appeared at the hearing, and each has approved or disapproved the

10  order, or failed to respond, as indicated below [list each party and whether the party has

11  approved, disapproved, or failed to respond to the document]:

12  ☐    This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to

13  all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing,

14  and each has approved or disapproved the order, or failed to respond, as indicated below [list

15
16  each party and whether the party has approved, disapproved, or failed to respond to the

17  document]:

18  ☐    Approved.

19  ☐    Disapproved.

20  ☒    Failed to respond. - Debtors' Attorney/Trustee

21                                                ###

22  Submitted by:

23  /s/ Jacque A. Gruber
24  4375 Jutland Drive, Suite 200
    P.O. Box 17933
25  San Diego, CA 92177-0933
    (858) 750-7600
26  NV Bar 11385
    Attorney for WELLS FARGO
27  BANK, N.A., SUCCESSOR BY
    MERGER TO WELLS FARGO
28  BANK SOUTHWEST, N.A.
    FORMERLY KNOWN AS
    WACHOVIA MORTGAGE,
    FSB, FKA WORLD SAVINGS
    BANK, FSB